-A-

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2015 MAY 26 PM 2:15

In The United States District Court For

Brian Obst #82080, Mathew *
Miller #8200, Gory Mattly #82182 *
Ernest Lawrence #73549,     *    Case No. 4:15CV3054
Scott Kornahrens #82088,     *    Civil Rights Complaint
Thad Junge #74205, Kenneth   *    Class Action.
Hall #82245, Josh Lawrence #82242 *
Walter Minchall #82162, Justin *
James Seffron #82230, Chris *
McWilliams #78331, DeAnthony *
McGuire #82009. *
       Plaintiffs *
V. *
Nebraska Department of Corrections *
Fred Britton, Scot Frakes. *
       Defendants. *

Plaintiff Representing Class action. Brian Obst #82080.

       Basis of Complaint

This is a civil rights class action lawsuit challenging the overcrowding conditions at the Diagnostic And Evaluation Center. DEC herein after in Lincoln Nebraska. Defendants are responsible to the inmates and plaintiffs alike to controle a safe and sanitary prison. "DEC" Plaintiffs are alleging the defendants has purposly begain overcrowding the DEC through excessive holding of inmates in a dire conditions leading up to a costly dangerous situation. for both inmates and and correctional staff since 2013. STATEMENT OF CLAIM. Plaintiffs are currently housed on unit 4 at DEC wich is 85 plus inmates over capacity wich was designed to held 34

In 2015 the defendants became

aware that the 'DEC' all cell houses held over 25 inmates per unit sleeping on the cell block floor. The defendents are very well aware that they are violating space per inmate guidlines by state and federal law. The Defendents are aware that at night correctional staff can not evacuate the units in case of an fire or tornado. Inmates livately covers the complete unit floors, perventing in cell inmates 34 compacity can not at all escape to shelter in the event of an emergency or disaster. fire drills and tornado drills are not at all conducted at DEC specialty at night. The plaintiffs and simular situated inmates are forced to eat breakfast Lunch and dinner 10 feet from toilet facilities and 5 feet from infested trash cans on the units. Defendents are fully aware that the space on the units are grotesque that it has in the past created air born descease where another inmate contracted an fatle and serious desease called STAPHOCC Pnuemonia and had to be revive from death in 2013. The defendents willfully has placed undo overload and stress on the DEC medical staff. where inmates outnumber correctional staff in a whole 8 to 1. in the event of a major disturbance, staff could not gain controle of the units or its compound. The defendents undo presure on the medical team causes whats called "passing the buck". Inmates and plaintiffs alike has been made to waight up to 3 weeks before seen by medical staff for health and mental illness, wich has lead to inmates being released without mental evaluations and treatment. "DEC" was designed to housed 175 inmates. in 1983 that number doubled to approx 350 inmates and to date over 530 inmates in small quarters.

Defendent Fred Britton is the Warden at DEC and Scot Frakes is the department of corrections penale system overseers and both

-C-

both have ignored grievance complaints by plaintiffs, inmates and correctional staff alike. The DEC units are infested with verious insects and some rodents. 85 inmates are made to used the units 2 toilet facilities, usually leeding to break downs of those facilities. Insects fills the plaintiff lockes and food belongings. The Defendents here in has ignored the fact that the plaintiffs exits are blocked by inmates clothings on the floor in a pile blocking the fire escapes. Clean and dirty clothing. The defendents are ignoring the noise and violence level at DEC among inmates and staffs alike. The Defendents have also indulged in a type of comperisy, where knewly incoming inmates are not given jail credit for time served, purposly overcrouding the system for the sould purpose of creating money and undo stress. Such as inmate Anthony Hancock #82211 whom was given 286 days jail credit by a distric judge whom sentenced him on 5-11-15, but once he arrived at DCC was only given 7 months jail credit. The defendents are purposely creating an overcrouding conditions, by holding vass majority inmates over 6 months to 13 months before being sent to other prisons, by also holding inmates whom has 2 t 6 months to complete their sentences for the soult purpose of money, and to violant situations.

The defendents are also aware that keeping the units sanitise is up to inmates who are self oppointed, or correctional officials who are also self oppointed. Defendents have willfully violated the plaintiffs 8, 14th Amended rights.

-D-

Defendants

1.# Defendent Fred Britten is the active warden at DEC and he oversees the safty and sanitation as well as crowd controle at DEC. He is being sued in his official and individuel capcity.

2.# Defendent Scot Frakes is the head director of Nebraska Department of Corrections, and is being sued in his official and individual capcity.

Venue

Venue is proper in this case as all violations herein took place in Lincoln Nebraska Lancaster County, DEC

All defendents acted under color of law.

Plaintiffs

1. Matthew Miller 82000
2. Cory Mathy 82182
3. Ernest Lawrence #73549
4. Scott Kornahrens #82088
5. Justin James Seffron # 82230
6. Chris McWilliams # 78331
7. DeAnthony McGuire # 82009
8.

All all currently housed at the DEC unit 4
P.O. Box 22800 Lincoln Ne. 68542-2800

-E-

Damages Requested.

1.# Order an Perliminary Injuctive Order Declaring that the defendents are in direct violations of plaintiff constitutional rights to be free from crule and unusual punishment by diliberatly overcrowding the DEC, by not rendering jail credits to inmates thats promised to them by the courts.

2.# Order an Perliminary Injuctive Order Declaring that the defendents knowingly and purposely forced over crowding on the units at DEC subjecting the plaintiff and simular situated inmates to sleep on the complex floors preventing emergencies evacuations and insect infected.

3.# Order an Perliminary Injuctive Order Declaring that the defendents are in direct violations feeding plaintiff and situated inmates and correctional officials to eat 10 feet from toilet facilities and 5 feet from unit garbage cans.

4.# Order an Perliminary Injuctive Order Declaring that the defendents willfully violates state and Federal law by packing inmates cloths in front of the fire exits blocking its doorways.

5.# Order an Perliminary Injuctive Order Declaring that the defendents willfully have created an overflow of inmates that has resaulted in the denial of mental treatment to inmates.

6.# Order a Perliminary Injuctive Order Declaring that the plaintiffs and situated inmates is in danger of a disaster

sleeping on the unit floor covering the entire floor were inmates can not walk around.

7.# Order an Perliminary Injuctive Order declaring the defendents in violation of inmates with disabilities to sleep on the unit floors as of date 25 plus inmates sleeps on the unit floors.

8.# Order appointment of council to represent plaintiffs in this class action.

9.# Award Plaintiffs damages "Punitive"

10.# Award Monatory Damages.

11.# Award Compensation Damages.

12.# Order that the defendants are seriously incompetent to oversee the DEC

Plaintiff's prays this court grants any other relief it feels appropriate.

Notice: this correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored
Inmate Name: Brian Obst
Inmate # #82080
P. O. Box 22800
Lincoln, NE 68542-2800

OMAHA NE 680

23 MAY 2015 PM 3 L



FOREVER USA

RECEIVED
MAY 26 2015
CLERK
U.S. DISTRICT COURT
LINCOLN

Robert v Denny
Federal Building and Courthouse
100 Centennial Mall N. Lincoln Ne
68508

6850833853